**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7585**

ADRIAN ROBINSON,

                    Plaintiff – Appellant,

          v.

UNKNOWN,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T.S. Ellis, III, Senior
District Judge.  (1:12-cv-00225-TSE-TRJ)

Submitted: May 23, 2013                 Decided:  May 28, 2013

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Adrian Robinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian Robinson seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice for failure to comply with a court order directing him to file a particularized amended complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Robinson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Because Robinson can remedy the deficiencies identified by the district court by filing an amended complaint on a § 1983 complaint form, we conclude that the district court's order is neither final nor otherwise appealable. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2